RICHARD J. BOESEN
Attorney at Law
State Bar No. 056579
1230 Columbia Street, Ste 650
San Diego, California 92101

FILED
SEP - 8 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RAQUEL ARIN, Defendant. | CASE NO. 06CR1195-LAB<br><br>STIPULATION RE MODIFICATION OF TERM OF SUPERVISED RELEASE |

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, that for good cause, the term of Supervised Release prohibiting the Defendant from contact with her sister-in-law Perla Centella, be modified to allow contact with each other so long as their pending cases not be discussed.

SO STIPULATED.

DATED: 09-07-06

_____
RICHARD J. BOESEN
Attorney for Raquel Arin

DATED: 9/7/2006

_____
LINDA A. FRAKES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/7/06

_____
HON. WILLIAM McCURINE JR.
MAGISTRATE JUDGE